**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RAPHEAL G. RUSSELL, | No. 17-35697 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-00698-RSM |
| v. | |
| MYONG SUK MUELLER; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, Chief Judge, Presiding

Submitted December 18, 2017[**]

Before:     WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Rapheal G. Russell appeals pro se from the district court's judgment

dismissing for lack of subject matter jurisdiction his action arising from a property

dispute.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

*Rundgren v. Wash. Mut. Bank, FA*, 760 F.3d 1056, 1060 (9th Cir. 2014).  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court properly dismissed Russell's action for lack of subject matter jurisdiction because Russell failed to allege a federal question or jurisdiction based on diversity of citizenship. *See* 28 U.S.C. § 1331 (conferring jurisdiction on district courts in "civil actions arising under the Constitution, laws, or treaties of the United States"); *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996) (28 U.S.C. § 1332(a) applies only when the state citizenship of each plaintiff is diverse from each defendant).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

We do not consider documents not presented to the district court because they are not part of the record on appeal. *See United States v. Elias*, 921 F.2d 870, 874 (9th Cir. 1990).

**AFFIRMED.**